UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA MARIE DEAN,

                Plaintiff,

    -against-

DONALD TRUMP, et al.,

                Defendants.

25-CV-5743 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated July 18, 2025, the Court directed Plaintiff, within thirty days, to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $405.00 in fees required to file a civil action in this court. That order specified that failure to comply would result in dismissal of the complaint.

    On August 6, 2025, the Clerk's Office received notice from the United States Postal Service that the Court's July 18, 2025 order was returned as undeliverable. Plaintiff has not updated her address with the Court or otherwise communicated with the Court since July 28, 2025, when she filed a document titled, "In re: Donald J. Trump (In response to veiled threats from Trump)." (ECF 5.)

    Because Plaintiff has not filed an IFP application or paid the fees, the Court dismisses the complaint without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

2

The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:  September 3, 2025
        New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge